UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MARIA CARATTINI,

                                             Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF HEALTH AND
MENTAL HYGIENE ("Department"), THOMAS R.
FRIEDEN, Commissioner of the Department; NORMA S.
TORRES, the Department's Director of Veterinary Public
Health Services; and the CITY OF NEW YORK,

                                             Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

08 CV 4563 (DAB)

**PLEASE TAKE NOTICE** that Jacqueline Hui, Assistant Corporation Counsel, in the Office of MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, hereby appears as attorney of record in the above entitled action on behalf of defendants NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE ("DOHMH"), THOMAS R. FRIEDEN, Commissioner of DOHMH, NORMA S. TORRES, DOHMH's Director of Veterinary Public Health Services, and THE CITY OF NEW YORK.

Dated: New York, New York
       June 9, 2008

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of the City of New York
                                            Attorney for Defendants
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 788-0817

                           By: _____
                               Jacqueline Hui (JH-6308)
                               Assistant Corporation Counsel