


**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JACQUELINE HUI**
Phone (212) 788-0817
Fax (212) 791-9714

June 20, 2008

**By Overnight Mail**

Honorable Deborah A. Batts
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Maria Carattini v. New York City Dep't of Health and Mental Hygiene et. al, 08CV0150 (DAB) (RLE)
               4563

Dear Judge Batts:

      This office represents the City of New York defendants ("City defendants") in the above-referenced action. I write to respectfully request an extention to July 11, 2008 for City defendants to respond to the complaint. This is City defendants' first request for an extention of time. Plaintiff's counsel consents to an extension of City defendants' time to respond to the complaint.

      Defendants' date to respond to the complaint was June 12, 2008. On June 11, 2008, I had a copy of the enclosed letter for an extention of time hand delivered to Magistrate Judge Ronald L. Ellis, the Magistrate Judge designated, but not referred, for this case. On June 20, 2008, I called Magistrate Judge Ellis' Chambers and learned that I should have delivered a copy of that letter to your Chambers. I apologize for any confusion I may have caused by mis-filing my letter to the designated Magistrate Judge in this case, and respectfully request that Your Honor permit the defendants to respond to the complaint by July 11, 2008.

Respectfully submitted,

Jacqueline Hui (JH6308)
Assistant Corporation Counsel

*DAB/ Granted June 24, 2008*

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

*MEMO ENDORSED*

Honorable Gabriel W. Gorenstein
January 31, 2008
Page 2

cc:   Amy Trakinski & Leonard D. Egert (overnight mail)
      Egert and Trakinski
      Attorneys for Plaintiff
      165 West 91st Street, #16B
      New York, New York 10024