AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MARIA CARATTINI

V.

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, THOMAS R. FRIEDEN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 4563

JUDGE BATTS

TO: (Name and address of Defendant)

Corporation Counsel
City of New York
100 Church Street
New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Egert and Trakinski
165 West 91 Street, #16B
New York, NY 10024

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Catherine Lapsley_

(By) DEPUTY CLERK

MAY 16 2008

DATE

▲AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 5/21/08 |
| NAME OF SERVER (PRINT)  Leonard Egert | TITLE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ business with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Amanda Gonzales (Dkt. clerk, Law Dept. of New York City)

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/21/08
              Date

Signature of Server

165 West 91 Street, #16B
New York, NY 10024
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.